# United States Court of Appeals

## For the Eighth Circuit

_____

No. 25-2890

_____

United States of America

*Plaintiff - Appellee*

v.

Terrance Martice Miller

*Defendant - Appellant*

_____

No. 25-2892

_____

United States of America

*Plaintiff - Appellee*

v.

Terrance Martice Miller

*Defendant - Appellant*

_____

Appeals from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: April 22, 2026
Filed: April 27, 2026
[Unpublished]

_____

Before GRUENDER, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

In these consolidated cases, Terrance Martice Miller appeals after he pleaded guilty to escaping from federal custody, *see* 18 U.S.C. § 751(a), and his supervised release for a prior offense was revoked for the third time. The district court[1] sentenced him to 30 months in prison for the escape offense, consecutive to a 50-month sentence for the revocation. His counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the prison sentences.

After reviewing the record under a deferential abuse-of-discretion standard, we conclude the sentences are not substantively unreasonable, either individually or in combination, as the record shows that the district court considered the statutory sentencing factors and did not overlook a relevant factor, give significant weight to an improper or irrelevant factor, or commit a clear error of judgment in weighing relevant factors. *See* 18 U.S.C. §§ 3553(a), 3583(e); *United States v. Miller*, 557 F.3d 910, 915-16, 917 (8th Cir. 2009) (explaining the standard of review). Miller's disagreement with the weight the court gave to mitigating factors does not justify reversal. *See United States v. Townsend*, 617 F.3d 991, 994-95 (8th Cir. 2010). Further, the court did not abuse its discretion by imposing consecutive sentences. *See* 18 U.S.C. § 3584(a)-(b); *United States v. Nelson*, 982 F.3d 1141, 1146 (8th Cir. 2020); U.S.S.G. § 7B1.3(f).

Finally, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

-2-

affirm the judgment of the district court and grant counsel's motion to withdraw in both cases.

_____